```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION
```

IN RE:                                      CASE NO. 06-30471-PNS3
                                            CHAPTER 13
GLENN CARSON HILDRETH
BARBARA ALLEN HILDRETH

          Debtor(s)                    /

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: TRIAD FINANCIAL CORPORATION which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 401552 in the amount of 517.52 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                              _____
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| GLENN CARSON HILDRETH<br>BARBARA ALLEN HILDRETH<br>1609 COLWYN DR.<br>CANTONMENT, FL 32533 | TRIAD FINANCIAL CORPORATION<br>DEPT CH 10104<br>PALATINE, IL 60005-0104 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
10/28/2010  2:48 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```