**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                    CASE NO. 06-30471-PNS3
                                          CHAPTER 13
GLENN CARSON HILDRETH
BARBARA ALLEN HILDRETH

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

  **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

  1.  The Trustee has issued check(s) FOR: TRIAD
FINANCIAL CORPORATION which remains outstanding and
uncleared.

  2.  The Trustee has placed a Stop Payment Order with
the bank on the check(s).

  3.  The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

  **WHEREFORE,** the Chapter 13 Trustee respectfully submits
her check number 410412 in the amount of 723.56 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
> OFFICE OF THE CHAPTER 13 TRUSTEE
> POST OFFICE BOX 646
> TALLAHASSEE, FL 32302
> ldhecf@earthlink.net
> (850) 681-2734 "Telephone"
> (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| GLENN CARSON HILDRETH | TRIAD FINANCIAL CORPORATION |
| BARBARA ALLEN HILDRETH | DEPT CH 10104 |
| 1609 COLWYN DR. | PALATINE, IL 60005-0104 |
| CANTONMENT, FL 32533 | |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

3/31/2011 12:16 pm / CR_213

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
> OFFICE OF CHAPTER 13 TRUSTEE