**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:                                    CASE NO. 06-30471-PNS3
                                          CHAPTER 13
GLENN CARSON HILDRETH
BARBARA ALLEN HILDRETH

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

   **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

   1.  The Trustee has issued check(s) FOR: TRIAD
FINANCIAL CORPORATION which remains outstanding and
uncleared.

   2.  The Trustee has placed a Stop Payment Order with
the bank on the check(s).

   3.  The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE**, the Chapter 13 Trustee respectfully submits
her check number 412241 in the amount of 453.29 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

GLENN CARSON HILDRETH          TRIAD FINANCIAL CORPORATION
BARBARA ALLEN HILDRETH         DEPT CH 10104
1609 COLWYN DR.                PALATINE, IL 60005-0104
CANTONMENT,  FL  32533

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

4/29/2011  1:18 pm / CR_213

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE