UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                              CASE NO. 06-30471-PNS3
                                                    CHAPTER 13
GLENN CARSON HILDRETH
BARBARA ALLEN HILDRETH

               Debtor(s)                      /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.   The Trustee has issued check(s) FOR:   CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

    2.   The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.   The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417493 in the amount of 67.94 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

GLENN CARSON HILDRETH        CHEVRON CREDIT BANK, N.A.
BARBARA ALLEN HILDRETH       2001 DIAMOND BLVD
1609 COLWYN DR.              P.O. BOX 5010 SECT 230
CANTONMENT, FL 32533         CONCORD, CA 94524-0010

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
7/28/2011  2:27 pm / CR_213       OFFICE OF CHAPTER 13 TRUSTEE